**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-30880

_____


ZAPATA PROTEIN (USA), INC., Successor in interest
of Zapata Haynie Corporation,

                              Plaintiff-Appellant-Appellee,

VERSUS

STIRLING PROPERTIES, INC., ET AL.,

                                        Defendants
GENERAL JACKSON PARTNERSHIP,

                              Defendant-Appellee-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(96-CV-980-D)

_____
September 8, 1998

Before REAVLEY, DAVIS and DUHÉ, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5th Cir. R. 47.6.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.